**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Israel AGUILAR–LOPEZ, a.k.a. Israel
Lopez, Defendant–Appellant.**

No. 11–10629.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 8, 2012.*

Filed Aug. 13, 2012.

Louis Charles UHL, U.S. Attorneys Office, Yuma, AZ, for Plaintiff–Appellee.

Marc Victor, Esquire, Chandler, AZ, for Defendant–Appellant.

Before: ALARCÓN, BERZON, and IKUTA, Circuit Judges.

MEMORANDUM **

Israel Aguilar–Lopez appeals from his guilty-plea conviction and 18–month sentence for attempted re-entry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Aguilar–Lopez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.